**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 2:25-cr-20373-MSN**

**DAMAIKUAL DAVIS,**

**Defendant.**

---

## REPORT AND RECOMMENDATION

---

Pursuant to 28 U.S.C. § 636(b), the undersigned United States Magistrate Judge conducted a plea hearing in this case on August 3, 2026. At the hearing, Defendant entered a plea of guilty to Count(s) 4 and 5 of the first superseding indictment. On the basis of the record made at the hearing, the Court finds that Defendant is fully competent and capable of entering an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by Defendant; it is made voluntarily and free from any force, threats, or promises; Defendant understands the nature of the charges and penalties provided by law; and the plea has a sufficient basis in fact. Acceptance of the plea, adjudication of guilt and imposition of sentence are specifically reserved for the District Judge.

I therefore recommend that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count 4 and 5 of the first superseding indictment; (2) accept Defendant's guilty plea to Count 4 and 5 of the first superseding indictment; and (3) adjudicate Defendant guilty of conspiracy to interfere with commerce by robbery in violation of 18 U.S.C. § 1951 and use of a firearm during a crime of violence in violation of 18 U.S.C. § 924(c).

The Defendant's sentencing hearing is scheduled before the United States District Judge Mark S. Norris on **November 19, 2026, at 2:00 p.m.**

**SIGNED** this 3rd day of August, 2026.

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT. 28 U.S.C. § 636(b)(1)(C). FAILURE TO FILE SAID OBJECTIONS OR EXCEPTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER AND/OR FORFEITURE OF THE OPPORTUNITY TO RAISE OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**